IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 11-15700
Non-Argument Calendar
_____

D.C. Docket No. 8:11-cr-00118-SCB-TBM-4

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JUAN CARLOS TORRES-PADILLA,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(September 20, 2012)

Before HULL, JORDAN and ANDERSON, Circuit Judges.

PER CURIAM:

Joseph Torres, appointed counsel for Juan Carlos Torres-Padilla, has filed a

motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v.*

*California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent

review of the entire record reveals that counsel's assessment of the relative merit

of the appeal is correct.  Because independent examination of the entire record

reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**,

and Torres-Padilla's conviction and sentence are **AFFIRMED**.